UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                                                                     CRIMINAL NO. 3:22-CR-25-BJB

EDER RIVALDO MAYORGA-SANCHEZ                                                          DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE JAILER OF THE WARREN COUNTY DETENTION CENTER AT BOWLING GREEN, KENTUCKY, GREETINGS:

We command that you have the body of Eder Rivaldo Mayorga-Sanchez, now detained in the Warren County Detention Center at Louisville, Kentucky, under your custody as it is said, under safe and secure conduct on or before May 12, 2022 at 1:00 p.m., at Louisville, Kentucky (via video) for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Warren County Detention Center in Bowling Green, Kentucky under safe and secure conduct, and have you then and there this writ.

Benjamin Beaton, District Judge
United States District Court

April 12, 2022