UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
JAMES J. VILT, JR. - CLERK
MAY 18 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**EDER MAYORGA-SANCHEZ**

NO.

SUPERSEDING INDICTMENT

3:22-CR-00025-BJB
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(5)
18 U.S.C. § 1951
18 U.S.C. § 2119(1)
18 U.S.C. § 2119(2)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Carjacking Resulting in Serious Bodily Injury)*

On or about October 26, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, with the intent to cause death and serious bodily harm, took a motor vehicle, a 2017 Nissan Murano with VIN 5N1AZ2MH2HN142740, that had been transported, shipped, and received in interstate commerce, from I.A. and C.A. by force, violence, and intimidation, resulting in serious bodily injury that caused a substantial risk of death, extreme physical pain, and protracted loss and impairment of the function of an organ to C.A.

In violation of Title 18, United States Code, Section 2119(2).

The Grand Jury further charges:

## COUNT 2
*(Discharging a Firearm in Furtherance of a Crime of Violence)*

On or about October 26, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in the United States, that is, carjacking, as charged in Count 1 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

The Grand Jury further charges:

## COUNT 3
*(Carjacking)*

On or about October 30, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, with the intent to cause death and serious bodily harm, took a motor vehicle, a 2012 Suzuki Grand Vitara with VIN JS3TD0D22C4101228, that had been transported, shipped, and received in interstate commerce, from L.H. by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

The Grand Jury further charges:

## COUNT 4
*(Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about October 30, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did knowingly brandish, carry, and use a

firearm during and in relation to a crime of violence for which he may be prosecuted in the United States, that is, carjacking, as charged in Count 3 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 5
*(Carjacking)*

On or about November 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, with the intent to cause death and serious bodily harm, took a motor vehicle, a 2016 Chevrolet Equinox with VIN 2GNALBEK2G1122401, that had been transported, shipped, and received in interstate commerce, from M.B. by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

The Grand Jury further charges:

## COUNT 6
*(Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about November 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in the United States, that is, carjacking, as charged in Count 5 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 7
*(Carjacking)*

On or about November 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, with the intent to cause death and serious bodily harm, took a motor vehicle, a 2017 Mercedes-Benz Sprinter Van with VIN WD3PE8CD5HP380186, that had been transported, shipped, and received in interstate commerce, from M.O. and A.R. by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

The Grand Jury further charges:

## COUNT 8
*(Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about November 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in the United States, that is, carjacking, as charged in Count 7 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 9
*(Interference with Commerce by Robbery)*

That at all times material to this Superseding Indictment The Home Depot, 8232 Preston Highway, Louisville, Kentucky, was engaged in the sale of home improvement and construction goods in interstate commerce and in an industry which affects interstate commerce.

That on or about November 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **EDER MAYORGA-SANCHEZ,** did unlawfully take from The Home Depot goods, including a Ryobi saw and extension sockets, in the presence of The Home Depot employees, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, that is the defendant, **EDER MAYORGA-SANCHEZ**, brandished a firearm at employees while taking Home Depot goods.

In violation of Title 18, United States Code, Section 1951.

The Grand Jury further charges:

## COUNT 10
*(Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about November 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in the United

5

States, that is, interference with commerce by robbery, as charged in Count 9 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 11
*(Interference with Commerce by Robbery)*

That at all times material to this Superseding Indictment, Terry Rd Valero d/b/a Rockets, 4950 Terry Road, Louisville, Kentucky, was engaged in the sale of gasoline and convenience store goods in interstate commerce and in an industry which affects interstate commerce.

That on or about November 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **EDER MAYORGA-SANCHEZ,** did unlawfully take and obtain business cash of the business, Terry Rd Valero, in the presence of a Terry Rd Valero employee, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is the defendant, **EDER MAYORGA-SANCHEZ**, brandished a firearm at the employee while taking business cash of Terry Rd Valero.

In violation of Title 18, United States Code, Section 1951.

The Grand Jury further charges:

## COUNT 12
*(Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about November 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **EDER MAYORGA-SANCHEZ**, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in the United States, that is, interference with commerce by robbery, as charged in Count 11 of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 924(c)(1), 1951, and 2119, as alleged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, the defendant, **EDER MAYORGA-SANCHEZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, any and all firearms and ammunition involved in or used in the offense.

As a result of committing an offense in violation of Title 18, United States Code, Section 2119, as described in Counts 1, 3, 5, and 7 of this Superseding Indictment, the defendant, **EDER MAYORGA-SANCHEZ**, shall forfeit to the United States any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of this offense, pursuant to Title 18, United States Code, Section 982(a)(5).

As a result of committing an offense in violation of Title 18, United States Code, Section 1951, as described in Counts 9 and 11 of this Superseding Indictment, the defendant, **EDER MAYORGA-SANCHEZ**, shall forfeit to the United States any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

A TRUE BILL.

Redacted

FOREPERSON

*Michael A. Bennett*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:AMB

8

UNITED STATES OF AMERICA v. **EDER MAYORGA-SANCHEZ**
## PENALTIES

Count 1: NM 25 yrs./$250,000/both/NM 5 yrs. Supervised Release
Count 2: NL 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (consecutive)
Counts 3, 5, 7: NM 15 yrs./ /$250,000/both/NM 5 yrs. Supervised Release
Counts 9, 11: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Counts 4, 6, 8, 10, 12: NL 7 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) (consecutive)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:     Clerk, U.S. District Court
                106 Gene Snyder U.S. Courthouse
                601 West Broadway
                Louisville, KY 40202
                502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
                120 Federal Building
                241 East Main Street
                Bowling Green, KY 42101
                270/393-2500

OWENSBORO:      Clerk, U.S. District Court
                126 Federal Building
                423 Frederica
                Owensboro, KY 42301
                270/689-4400

PADUCAH:        Clerk, U.S. District Court
                127 Federal Building
                501 Broadway
                Paducah, KY 42001
                270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.