UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**FILED**
JAMES J. VILT JR,
CLERK
5/19/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

United States of America v. Mayorga-Sanchez

Case Number: 3:22CR-25-BJB

## OATH FOR INTERPRETER

I SOLEMNLY AFFIRM THAT I WILL WELL AND TRULY ACT AS AN INTERPRETER IN THIS MATTER BEFORE THE COURT.

Greta Payne
Print Name

*[signature]*
Sign Name

Spanish
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 19th DAY OF MAY 2022, AT LOUISVILLE KENTUCKY.

*T. Burch*
DEPUTY CLERK